IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NISSAN MOTOR ACCEPTANCE                                              PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:09cv108-DPJ-JCS

DEUCE McALLISTER NISSAN OF
JACKSON, LLC                                                    DEFENDANT

## ORDER

A Suggestion of Bankruptcy has been filed as to Defendant. Accordingly, this case is hereby administratively closed. Should the bankruptcy court lift the automatic stay, Plaintiff may file a motion requesting that this action be reopened and returned to the active docket of the court.

SO ORDERED this the 10th day of March, 2009.

                                                        /s/ James C. Sumner
                                                        UNITED STATES MAGISTRATE JUDGE